IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

YUEJIAN CHEN,

        Plaintiff,

    v.

MICHAEL CHERTOFF, as Secretary of U.S. Department
of Homeland Security;
EMILIO T. GONZALEZ, as Director of U.S.
Citizenship and Immigration Services;
PAUL NOVAK, as Director of Vermont Service
Center of U.S. Citizenship and Immigration Services;
ALBERTO R. GONZALES, as Attorney General
of the United States;
ROBERT S. MUELLER, III, as Director of the Federal
Bureau of Investigation,

        Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Civil Action No.
3:06-CV-1367
(NAM/DRH)

JAN 17 2007

**STIPULATION OF DISMISSAL**

      **IT IS HEREBY STIPULATED AND AGREED** by and between the parties to the above-captioned proceeding, that neither party in this case is an infant or other person incompetent to defend their rights and that the above-captioned proceeding shall be dismissed with prejudice and without costs, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: 1/11/2007

                           Yuejian Chen
                           Plaintiff Pro Se
                           25 Cindy Lane
                           Clifton Park, NY 12065

Dated: 1/14/07

                           GLENN T. SUDDABY
                           United States Attorney
                           P.O. Box 7198
                           100 S. Clinton Street
                           Syracuse, New York 13261-7198
                           Attorney for Defendants

**Yuejian Chen v. Michael Chertoff, et al.**
Civil Action No. 3:06-CV-1367
Stipulation of Dismissal

By: *(signature)*
Charles E. Roberts
Assistant U.S. Attorney
Bar Roll No. 102454

SO ORDERED:
Syracuse, NY

*January 17, 2007*

*(signature)*
HON. NORMAN A. MORDUE
U.S. DISTRICT COURT JUDGE